SEMNAR & HARTMAN, LLP
Babak Semnar (SBN 224890)
bob@sandiegoconsumerattorneys.com
Jared M. Hartman (SBN 254860)
jared@ sandiegoconsumerattorneys.com
400 S. Melrose Dr., Suite 209
Vista, CA 92081
Telephone: (951) 293-4187; Fax: (888) 819-8230

Attorneys for Plaintiff, LASHAUNDA WATSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUNDA WATSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC.; TRANS UNION, LLC; and DOES 1-10;<br><br>Defendants. | Case No. 5:16-cv-02425-CJC-KK<br><br>Dist. Judge: Hon. Cormac J. Carney<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC ONLY AND REQUEST TO VACATE PENDING DATES/DEADLINES/HEARINGS WITH RESPECT TO DEFENDANT TRANS UNION, LLC ONLY** |

**TO THE CLERK OF COURT, THE HONORABLE U.S. DISTRICT COURT JUDGE, AND ALL PARTIES OF RECORD AND THEIR RESPECTIVE ATTORNEYS:**

**PLEASE TAKE NOTICE**, Plaintiff has reached a settlement in fact with Defendant Trans Union, LLC.  Plaintiff and Defendant Trans Union, LLC anticipate needing approximately 45 days in order to finalize execution of all terms of the settlement.

Accordingly, Plaintiff is requesting that the Court vacate all pending dates/deadlines/hearings with respect to Defendant Trans Union, LLC only, but maintain jurisdiction until March 31, 2017 to enforce the settlement if necessary, after which time the Court can close the matter with respect to Defendant Trans Union, LLC.  Should the execution of settlement terms be accomplished prior to that date, Plaintiff will file a voluntary dismissal of Defendant Trans Union, LLC pursuant to Rule 41.  Should the execution of settlement terms need enforced prior to that date, then a motion to enforce will be filed by whichever party needs such enforcement.

Dated: January 25, 2017                         Respectfully submitted,

                                                            SEMNAR & HARTMAN, LLP

                                       By:     */s/ Jared M. Hartman*_____
                                                 Jared M. Hartman, Esq.
                                                 Attorneys for Plaintiff

Dated: January 25, 2017                         Respectfully submitted,

                                                            MUSICK, PEELER & GARRETT, LLP

                                       By:     */s/ Donald Bradley*_____
                                                 Donald Bradley, Esq.
                                                 Attorneys for Defendant
                                                 Trans Union, LLC

**PROOF OF SERVICE**

Watson v Navient Solutions, Inc., et al.                **Case No.:** 5:16-cv-02425-CJC-KK

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is 400 South Melrose Drive, Suite 209, Vista, California 92081. On the date provided below, I served the foregoing document described below on the interested parties in this action by placing same in a sealed envelope.
**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION, LLC ONLY** was served on:

| | |
|---|---|
| Christopher Fredrich<br>Dennis N Lueck Jr.<br>AKERMAN, LLP<br>725 South Figueroa Street<br>38th Floor<br>Los Angeles, CA 90017<br>Attorneys for Defendant,<br>Navient Solutions, Inc.<br>Via CM/ECF | Donald Bradley, Esq.<br>Music, Peeler & Garrett, LLP<br>650 Town Center Drive<br>Suite 1200<br>Costa Mesa, CA 92626<br>Attorneys for Defendant, TRANS UNION LLC<br>Via U.S. Mail |

☒ **(BY MAIL)** – I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Vista, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Vista, California, in the ordinary course of business. I am fully aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated above and the activity report(s) generated by facsimile number (888) 819-8230 indicating on all pages that they were transmitted.

☐ **(BY PERSONAL SERVICE)** – I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☐ **(STATE)** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Via Electronic Service**: The above-described documents will be delivered electronically through the court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

Dated: 1/25/17                        */s/ Jared M. Hartman*
                                       Jared M. Hartman, Esq.

1
**PROOF OF SERVICE**