SEMNAR & HARTMAN, LLP
Babak Semnar (SBN 224890)
bob@sandiegoconsumerattorneys.com
Jared M. Hartman (SBN 254860)
jared@ sandiegoconsumerattorneys.com
400 S. Melrose Dr., Suite 209
Vista, CA 92081
Telephone: (951) 293-4187; Fax: (888) 819-8230

Attorneys for Plaintiff, LASHAUNDA WATSON

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LASHAUNDA WATSON, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>NAVIENT SOLUTIONS, INC.; TRANS UNION, LLC; and DOES 1-10;<br><br>Defendants. | Case No. 5:16-cv-02425-CJC-KK<br><br>Dist. Judge: Hon. Cormac J. Carney<br><br>**JOINT NOTICE OF SETTLEMENT** |

**TO THE CLERK OF COURT, THE HONORABLE U.S. DISTRICT COURT JUDGE, AND ALL PARTIES OF RECORD AND THEIR RESPECTIVE ATTORNEYS:**

///

///

///

///

{40996984;1}

**PLEASE TAKE NOTICE**, the parties to this matter (Plaintiff LASHAUNDA WATSON and Defendant NAVIENT SOLUTIONS, LLC f/k/a NAVIENT SOLUTIONS, INC.) have reached a settlement in full of this matter, as to all claims and all parties.

Therefore, the parties respectfully request that the Court place this matter on its inactive calendar and vacate all pending dates/deadlines/hearings.

The parties anticipate full execution of all terms within 45 days, and therefore request that the Court retain jurisdiction for a period of 60 days pending dismissal with prejudice.

Dated: February 28, 2017          Respectfully submitted,

                                  SEMNAR & HARTMAN, LLP

                           By:    */s/ Jared M. Hartman*_____
                                  Jared M. Hartman, Esq.
                                  Attorneys for Plaintiff


Dated: February 28, 2017          AKERMAN LLP


                           By:    */s/ Christopher R. Fredrich*
                                  Christopher R. Fredrich
                                  Dennis N. Lueck, Jr.
                                  Attorneys for Defendant
                                  NAVIENT SOLUTIONS, LLC f/k/a
                                  NAVIENT SOLUTIONS, INC.

{40996984;1}

JOINT NOTICE OF SETTLEMENT

## PROOF OF SERVICE

Watson v Navient Solutions, Inc., et al.     **Case No.:** 5:16-cv-02425-CJC-KK

I am employed in the County of San Diego, State of California. I am over the age of 18 and am not a party to the within action; my business address is 400 South Melrose Drive, Suite 209, Vista, California 92081. On the date provided below, I served the foregoing document described below on the interested parties in this action by placing same in a sealed envelope.

**JOINT NOTICE OF SETTLEMENT** was served on:

| |
|---|
| Christopher Fredrich<br>Dennis N Lueck Jr.<br>AKERMAN, LLP<br>725 South Figueroa Street<br>38th Floor<br>Los Angeles, CA 90017<br>Attorneys for Defendant,<br>Navient Solutions, Inc. |

☐ **(BY MAIL)** – I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States mail in Vista, California.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at Vista, California, in the ordinary course of business. I am fully aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

☐ **(BY FACSIMILE)** – I caused the above described document(s) to be transmitted to the offices of the interested parties at the facsimile number(s) indicated above and the activity report(s) generated by facsimile number (888) 819-8230 indicating on all pages that they were transmitted.

☐ **(BY PERSONAL SERVICE)** – I caused such envelope(s) to be delivered by hand to the office(s) of the addressee(s).

☐ **(STATE)** – I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

☒ **(FEDERAL)** – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. **Via Electronic Service**: The above-described documents will be delivered electronically through the court's ECF/PACER electronic filing system, as stipulated by all parties to constitute personal service.

Dated: 2/28/17                     */s/ Jared M. Hartman*
                                              Jared M. Hartman, Esq.

{40996984;1}

JOINT NOTICE OF SETTLEMENT